**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Paul R. Schertrumpf aka Paul Schertrumpf | BK NO. 20-01706 RNO |
| Debtor(s) | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ACM STANWICH ALAMOSA 2020 TRUST and index same on the master mailing list.

    Respectfully submitted,


/s/ Rebecca Solarz
Rebecca Solarz
31 Dec 2020, 12:09:07, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322