IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                         Case Number 5:20-bk-01706-MJC

**Paul Schertrumpf,**                  Chapter 13

       Debtors

## WITHDRAWAL OF APPEARANCE AND
## ENTRY OF APPEARANCE AS COUNSEL FOR DEBTOR

Attorney Colleen Marie Metroka, counsel for the above-named Debtor in the above-captioned case, hereby withdraws as counsel for the Debtor.

Dated: 05/02/2023

*Colleen M. Metroka*
Colleen Marie Metroka, Esquire
93 Liberty Street
Hanover Township, PA 18706-1726

Please enter the appearance of Lisa M. Doran, Esquire of the law firm of Doran & Doran, P.C. as counsel to the Debtor in the above captioned bankruptcy case.

Respectfully submitted,

Dated: 05/02/2023

*Lisa M. Doran*
Lisa M. Doran, Esquire – ID #58879
Doran & Doran, P.C.
Attorney for the Debtor
69 Public Square, Ste 700
Wilkes Barre, PA 18701
570 823-9111    fax 570 829-3222