In re:  Case No. 20-01706-MJC
Paul R. Schertrumpf  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Jun 20, 2025      Form ID: 3180W      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul R. Schertrumpf, 237 Carbon Street, Weatherly, PA 18255-1418 |
| 5332010 | + | America's Choice, 479 Blackman Street, Wilkes Barre, PA 18702-6003 |
| 5332016 | + | Master's Home Solutions, 710 Park Street, Whitehall, PA 18052-5832 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jun 20 2025 23:29:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5335253 | + | Email/Text: bankruptcy@bbandt.com | Jun 20 2025 19:28:00 | BB&T Now Truist, PO Box 1847, Wilson, NC 27894-1847 |
| 5384608 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 20 2025 19:28:00 | Wilmington Savings, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 5384609 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 20 2025 19:28:00 | Wilmington Savings, 1600 S. Douglass Road, Anaheim, CA 92806, Wilmington Savings, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 5332011 | + | EDI: WFNNB.COM | Jun 20 2025 23:29:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5332012 | + | EDI: CCS.COM | Jun 20 2025 23:29:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5332013 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 20 2025 19:42:38 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5332014 | + | Email/Text: data_processing@fin-rec.com | Jun 20 2025 19:28:00 | Financial Recovery Services, P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 5333029 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 19:42:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5332015 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 19:42:39 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5332017 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 20 2025 19:29:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5341569 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 20 2025 19:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5332018 | + | EDI: AGFINANCE.COM | Jun 20 2025 23:29:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5332019 | | EDI: PRA.COM | Jun 20 2025 23:29:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 5336215 | | EDI: PRA.COM | | |

| Recipient ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Jun 20 2025 23:29:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5337068 | EDI: Q3G.COM | Jun 20 2025 23:29:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5332020 | + Email/Text: bankruptcy@bbandt.com | Jun 20 2025 19:28:00 | Suntrust Bank, Attn: Bankruptcy, Po Box 85092 Mc Va-Wmrk-7952, Richmond, VA 23285-5092 |
| 5332064 | ^ MEBN | Jun 20 2025 19:27:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5332021 | + EDI: SYNC | Jun 20 2025 23:29:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5332022 | + EDI: SYNC | Jun 20 2025 23:29:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5343918 | + Email/Text: bankruptcy@bbandt.com | Jun 20 2025 19:28:00 | Truist Bank, P.O. Box 27767, RVW 3034, Richmond, VA 23261-7767 |
| 5348703 | EDI: AIS.COM | Jun 20 2025 23:29:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OF ACM STANWICH ALAMOSA 2020 TRUST bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Lisa M. Doran | on behalf of Debtor 1 Paul R. Schertrumpf ldoran@doranandoran.com LDoran@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Paul R. Schertrumpf<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3565<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–01706–MJC | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Paul R. Schertrumpf
aka Paul Schertrumpf

6/20/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**