# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Paul R Schertrumpf

Case No.: 5-20-01706 MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Carrington |
| Court Claim Number: | 08 |
| Last Four of Loan Number: | 6032 |
| Property Address if applicable: | 237 Carbon St |

### PART 2:  CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $10,813.74 |
| b. | Prepetition arrearages paid by the trustee: | $10,813.74 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $10,813.74 |

### PART 3:  POSTPETITION MORTGAGE PAYMENT

| | |
|---|---|
| Mortgage was paid through the Trustee from June 2020 through May 2025 | |
| Current monthly mortgage payment: | $553.35 |
| The next post-petition payment was due on: | June 2025 |

### PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs

and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Date: June 24, 2025                                                           Respectfully submitted,


/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Paul R Schertrumpf

Case No.: 5-20-01706 MJC

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 24, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Lisa M Doran, Esquire
69 Public Square Suite 700
Wilkes Barre  PA 18701


**Served by First Class Mail**
Carrington Mortgage Services
1600 South Douglass Rd
Anaheim CA 92806

Paul R Schertrumpf
237 Carbon St
Weatherly PA 18255



I certify under penalty of perjury that the foregoing is true and correct.

Date: June 24, 2025

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-01706    PAUL R. SCHERTRUMPF

**CARRINGTON MORTGAGE SERVICES**
1600 SOUTH DOUGLASS ROAD

ANAHEIM, CA  92806-

**Acct No:** 6032

**Sequence:** 07
**Modify:**
**Filed Date:**
**Hold Code:**

|  | Amt Sched: | $0.00 | Debt: | $33,539.24 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $553.35 | Paid: | $33,539.24 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5010** | **CARRINGTON MORTGAGE SERVICES** | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 05/14/2025 | 9020420 | $553.35 | $0.00 | $553.35 | 05/14/2025 |
| | Payment for 5/2025 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 04/14/2025 | 9020263 | $553.35 | $0.00 | $553.35 | 04/14/2025 |
| | Payment for 4/2025 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 03/18/2025 | 9020099 | $553.35 | $0.00 | $553.35 | 03/18/2025 |
| | Payment for 3/2025 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 02/19/2025 | 9019935 | $553.35 | $0.00 | $553.35 | 02/19/2025 |
| | Payment for 2/2025 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 01/15/2025 | 9019768 | $553.35 | $0.00 | $553.35 | 01/15/2025 |
| | Payment for 1/2025 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 12/17/2024 | 9019599 | $553.35 | $0.00 | $553.35 | 12/17/2024 |
| | Payment for 12/2024 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 11/19/2024 | 9019442 | $553.35 | $0.00 | $553.35 | 11/19/2024 |
| | Payment for 11/2024 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 10/23/2024 | 9019272 | $553.35 | $0.00 | $553.35 | 10/23/2024 |
| | Payment for 10/2024 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 09/17/2024 | 9019097 | $553.35 | $0.00 | $553.35 | 09/17/2024 |
| | Payment for 9/2024 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 08/07/2024 | 9018927 | $553.35 | $0.00 | $553.35 | 08/07/2024 |
| | Payment for 7/2024 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 08/07/2024 | 9018927 | $553.35 | $0.00 | $553.35 | 08/07/2024 |
| | Payment for 8/2024 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 07/10/2024 | 9018769 | $541.89 | $0.00 | $541.89 | 07/10/2024 |
| | Payment for 6/2024 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 06/18/2024 | 9018598 | $541.89 | $0.00 | $541.89 | 06/18/2024 |
| | Payment for 5/2024 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 04/17/2024 | 9018246 | $541.89 | $0.00 | $541.89 | 04/17/2024 |
| | Payment for 4/2024 | | | | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 03/14/2024 | 9018064 | $541.89 | $0.00 | $541.89 | 03/14/2024 |
| | | | | | | | DisbDescrp: Payment for 2/2024 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 03/14/2024 | 9018064 | $541.89 | $0.00 | $541.89 | 03/14/2024 |
| | | | | | | | Payment for 3/2024 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 02/14/2024 | 9017886 | $541.89 | $0.00 | $541.89 | 02/14/2024 |
| | | | | | | | Payment for 1/2024 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 01/12/2024 | 9017731 | $541.89 | $0.00 | $541.89 | 01/12/2024 |
| | | | | | | | Payment for 12/2023 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 11/15/2023 | 9017391 | $541.89 | $0.00 | $541.89 | 11/15/2023 |
| | | | | | | | Payment for 11/2023 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2023 | 9017219 | $541.89 | $0.00 | $541.89 | 10/18/2023 |
| | | | | | | | Payment for 10/2023 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 09/19/2023 | 9017030 | $541.89 | $0.00 | $541.89 | 09/19/2023 |
| | | | | | | | Payment for 9/2023 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 08/09/2023 | 9016844 | $541.89 | $0.00 | $541.89 | 08/09/2023 |
| | | | | | | | Payment for 7/2023 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 08/09/2023 | 9016844 | $541.89 | $0.00 | $541.89 | 08/09/2023 |
| | | | | | | | Payment for 8/2023 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 07/11/2023 | 9016663 | $543.13 | $0.00 | $543.13 | 07/11/2023 |
| | | | | | | | Payment for 6/2023 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 05/16/2023 | 2024648 | $543.13 | $0.00 | $543.13 | 05/23/2023 |
| | | | | | | | Payment for 5/2023 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 04/18/2023 | 2023599 | $543.13 | $0.00 | $543.13 | 04/26/2023 |
| | | | | | | | Payment for 4/2023 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 03/15/2023 | 2022607 | $543.13 | $0.00 | $543.13 | 03/21/2023 |
| | | | | | | | Payment for 2/2023 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 03/15/2023 | 2022607 | $543.13 | $0.00 | $543.13 | 03/21/2023 |
| | | | | | | | Payment for 3/2023 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 02/15/2023 | 2021594 | $543.13 | $0.00 | $543.13 | 02/22/2023 |
| | | | | | | | Payment for 1/2023 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 01/18/2023 | 2020594 | $543.13 | $0.00 | $543.13 | 01/24/2023 |
| | | | | | | | Payment for 12/2022 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2022 | 2018647 | $543.13 | $0.00 | $543.13 | 12/06/2022 |
| | | | | | | | Payment for 11/2022 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2022 | 2017586 | $543.13 | $0.00 | $543.13 | 10/24/2022 |
| | | | | | | | Payment for 9/2022 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2022 | 2017586 | $543.13 | $0.00 | $543.13 | 10/24/2022 |
| | | | | | | | Payment for 10/2022 | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 08/17/2022 | 2015493 | $543.13 | $0.00 | $543.13 | 08/23/2022 |
| | | | | | | | Payment for 8/2022 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 07/13/2022 | 2014464 | $574.16 | $0.00 | $574.16 | 07/19/2022 |
| | | | | | | Payment for 6/2022 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 07/13/2022 | 2014464 | $543.13 | $0.00 | $543.13 | 07/19/2022 |
| | | | | | | Payment for 7/2022 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 05/17/2022 | 2012431 | $574.16 | $0.00 | $574.16 | 05/23/2022 |
| | | | | | | Payment for 4/2022 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 05/17/2022 | 2012431 | $574.16 | $0.00 | $574.16 | 05/23/2022 |
| | | | | | | Payment for 5/2022 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 03/16/2022 | 2010360 | $574.16 | $0.00 | $574.16 | 03/22/2022 |
| | | | | | | Payment for 2/2022 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 03/16/2022 | 2010360 | $574.16 | $0.00 | $574.16 | 03/22/2022 |
| | | | | | | Payment for 3/2022 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2022 | 2008386 | $574.16 | $0.00 | $574.16 | 01/25/2022 |
| | | | | | | Payment for 11/2021 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2022 | 2008386 | $574.16 | $0.00 | $574.16 | 01/25/2022 |
| | | | | | | Payment for 12/2021 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2022 | 2008386 | $574.16 | $0.00 | $574.16 | 01/25/2022 |
| | | | | | | Payment for 1/2022 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2021 | 2006341 | $574.16 | $0.00 | $574.16 | 11/23/2021 |
| | | | | | | Payment for 9/2021 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2021 | 2006341 | $574.16 | $0.00 | $574.16 | 11/23/2021 |
| | | | | | | Payment for 10/2021 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 09/14/2021 | 2004301 | $574.16 | $0.00 | $574.16 | 09/21/2021 |
| | | | | | | Payment for 8/2021 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 08/18/2021 | 2003240 | $650.21 | $0.00 | $650.21 | 08/24/2021 |
| | | | | | | Payment for 6/2021 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 08/18/2021 | 2003240 | $574.16 | $0.00 | $574.16 | 08/24/2021 |
| | | | | | | Payment for 7/2021 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 07/14/2021 | 2002214 | $650.21 | $0.00 | $650.21 | 07/20/2021 |
| | | | | | | Payment for 5/2021 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 06/16/2021 | 2001237 | $650.21 | $0.00 | $650.21 | 06/22/2021 |
| | | | | | | Payment for 4/2021 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 04/15/2021 | 1228850 | $559.16 | $0.00 | $559.16 | 04/20/2021 |
| | | | | | | Payment for 3/2021 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 03/17/2021 | 1227823 | $559.16 | $0.00 | $559.16 | 03/23/2021 |
| | | | | | | Payment for 2/2021 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 02/17/2021 | 1226810 | $559.16 | $0.00 | $559.16 | 02/23/2021 |
| | | | | | | Payment for 1/2021 | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2021 | 1225802 | $559.16 | $0.00 | $559.16 | 01/26/2021 |
| | | | | | | Payment for 11/2020 | | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2021 | 1225802 | $559.16 | $0.00 | $559.16 | 01/26/2021 |
| | | | | | | Payment for 12/2020 | | |
| 501-0 | TRUIST BANK | | 12/10/2020 | 1224705 | $559.16 | $0.00 | $559.16 | 12/31/2020 |
| | | | | | | Payment for 10/2020 | | |
| 501-0 | TRUIST BANK | | 10/15/2020 | 1222916 | $559.16 | $0.00 | $559.16 | 10/28/2020 |
| | | | | | | Payment for 9/2020 | | |
| 501-0 | TRUIST BANK | | 09/17/2020 | 1221937 | $559.16 | $0.00 | $559.16 | 09/22/2020 |
| | | | | | | Payment for 8/2020 | | |
| 501-0 | TRUIST BANK | | 08/12/2020 | 1220883 | $559.16 | $0.00 | $559.16 | 08/18/2020 |
| | | | | | | Payment for 6/2020 | | |
| 501-0 | TRUIST BANK | | 08/12/2020 | 1220883 | $559.16 | $0.00 | $559.16 | 08/18/2020 |
| | | | | | | Payment for 7/2020 | | |

Sub-totals: $33,539.24  $0.00  $33,539.24

Grand Total: $33,539.24  $0.00

**Case:** 20-01706    PAUL R. SCHERTRUMPF

**CARRINGTON MORTGAGE SERVICES**
1600 S DOUGLASS ROAD

ANAHEIM, CA  92806-

**Acct No:** 8665/PRE ARREARS/237 CARI

**Sequence:** 24
**Modify:**
**Filed Date:** 7/16/2020 12:00:00AM
**Hold Code:**

| | | | |
|---|---|---|---|
| Amt Sched: $72,706.00 | Debt: $10,813.74 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $10,813.74 | Accrued Int: $0.00 | |
| | | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **CARRINGTON MORTGAGE SERVICES** | | | | | | | |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 06/17/2025 | 9020594 | $718.40 | $0.00 | $718.40 | 06/17/2025 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 05/14/2025 | 9020421 | $254.41 | $0.00 | $254.41 | 05/14/2025 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 04/14/2025 | 9020264 | $254.41 | $0.00 | $254.41 | 04/14/2025 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/18/2025 | 9020100 | $254.41 | $0.00 | $254.41 | 03/18/2025 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 02/19/2025 | 9019936 | $254.41 | $0.00 | $254.41 | 02/19/2025 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 01/15/2025 | 9019769 | $254.41 | $0.00 | $254.41 | 01/15/2025 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 12/17/2024 | 9019600 | $254.41 | $0.00 | $254.41 | 12/17/2024 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 11/19/2024 | 9019443 | $254.41 | $0.00 | $254.41 | 11/19/2024 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/23/2024 | 9019273 | $254.41 | $0.00 | $254.41 | 10/23/2024 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 09/17/2024 | 9019098 | $254.41 | $0.00 | $254.41 | 09/17/2024 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/07/2024 | 9018928 | $196.92 | $0.00 | $196.92 | 08/07/2024 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 04/17/2024 | 9018247 | $1,049.71 | $0.00 | $1,049.71 | 04/17/2024 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/14/2024 | 9018065 | $219.84 | $0.00 | $219.84 | 03/14/2024 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 11/15/2023 | 9017392 | $253.91 | $0.00 | $253.91 | 11/15/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2023 | 9017220 | $1,091.23 | $0.00 | $1,091.23 | 10/18/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 09/19/2023 | 9017031 | $295.43 | $0.00 | $295.43 | 09/19/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/09/2023 | 9016845 | $47.73 | $0.00 | $47.73 | 08/09/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 05/16/2023 | 2024653 | $1,065.77 | $0.00 | $1,065.77 | 05/23/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 04/18/2023 | 2023603 | $261.32 | $0.00 | $261.32 | 04/26/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/15/2023 | 2022611 | $240.83 | $0.00 | $240.83 | 03/21/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2022 | 2018652 | $261.32 | $0.00 | $261.32 | 12/06/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2022 | 2017591 | $566.76 | $0.00 | $566.76 | 10/24/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/17/2022 | 2015498 | $305.44 | $0.00 | $305.44 | 08/23/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 07/13/2022 | 2014469 | $513.33 | $0.00 | $513.33 | 07/19/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 05/17/2022 | 2012437 | $482.30 | $0.00 | $482.30 | 05/23/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/16/2022 | 2010364 | $482.30 | $0.00 | $482.30 | 03/22/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2022 | 2008390 | $471.51 | $0.00 | $471.51 | 01/25/2022 |

Sub-totals: $10,813.74    $0.00    $10,813.74

Grand Total: $10,813.74    $0.00